UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **DIANA M. WILLRODT,** | ) |
| **Plaintiff,** | ) Case No. 09-2000 AJW |
| v. | ) |
| | ) J U D G M E N T |
| **MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,** | ) |
| **Defendant.** | ) |

**IT IS ADJUDGED** that defendant's decision is affirmed.

July 19, 2010

_____
ANDREW J. WISTRICH
United States Magistrate Judge